FILED
NOV 21 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

Southern District Federal Courts
880 Front Street Suite 4290
San Diego, Ca. 92101-8900.

'07 CV 2239 JLS NLS

42 USC § 1983 civil rights
28 USC § 1332 (a)
diversity-jurisdiction(s) exceeds $75,000.00
18 USC § 18 Fed Crim R. Proc. 124

James Lynn O'Hines
v
Union of Calif, Ariz, and Missouri
Dept. of Corrections Personnel
Fed Civil Rules of Proc. 5 (c).

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

(1) HIV+ Medical Malpractice
(2) Interstate Sexual Assault
(3) Home Invasions
(4) Medical Malpractice of Mother
(5) Racial Home Invasions
(6) Sexual Molestation of 7yr old
(7) Mayhem on a Minor
(8) Private Business by Public Entity
(9) Oppression of Citizen by Wiretapping
(10) Hospice Service Illegal Conduct
(11) False Incarcerations, Hospitalizations

[Civil MOO State Parolee Jackson Malloy kezar]

JAMES LYNN O HINES

v.

California - Arizona Missouri

Department of Corrections

Personnel Correctional Officers

Federal Civil Rules Procedure 5 (c)

Named as herein:

(A) Capts. Ruiz, Ortiz, Dreshach, Labatoz

Lt. Martinez, Lopez, Arpaio, Mcenroe

Sgts. Littleton, Sieffert

C/os. S. Williams

Alvarez

Toyashiba

Falls aka Graves, Henderson

Doctors: Dachman, Maccais, Rodriguez, Hamil

(B) C/os. Gutierrez

Collier - smith

Lockhart

Williams

Smith

Henderson Suzie Q.

Wood Randy

Gaston Ricky aka JJ Walker

Citizens: Hall, Tom

Jimenez Tom

SDPD, CDC C/O Cindy Hall

C/O Mrs Henderson Wagner Stuart

C/M Sean Michael Izgrigg FSP (alterations)

Kenneth S. Countryman P.C esq. (Conflict of Interest)

(2)

(C) c/o Fridonmaker
Falls graves Henderson (akas)
Chevalier, Elzy Hartfold, Montague (akas)
Pelton, Maureen,

(D) c/o's Missouri California Arizona
Mrs. Henderson Wagner Stuart
Mona Hine atty John Petre San Diego Co
Doctors Ernie Shottstahl aka Berksen
Levine, aka French, Sandifer
Sgt Littleton Sgt Siefert #
Linda Chevalier
Deacon Henderson *
J. Rice
McCabe, Jim ADOC / MOC / COC
(E) o/o Moreno #
(E) * Hoyt, (aka) Martinez, Capt. Ruiz K.S. Countryman ("Hissongs"
Pamela, Larry.) Hendersons, Ortiz, Kowolski-Kempski - Deperro - Hagen #
(F) Dan Hagen
Tim Murphy
Dr. Beerman
* Siefert Sgt (aka Hohn)
Atkinson, Vern
Kowalski, Linda
Wilma, Flyfligl, Jvitman
Arpaio, Joe, Victor, Maria
Elzy, Jim
Tate, Larry
Yamamoto, Viola



END.

(1) [State to State Calif to Az] UCC § 9-104 c.
[HIV + Medical Mal Practice | Health care Insurance receivable ... Medi-cal exp. 2009 # State of Calif.

(7) 18 USCA § 1961 (Racketeering)
United States v. Turkette 452 US 576 101 Sct 2529 1981

An Interest or claim under a insurance policy) being a right to payment of a monetary obligation for health care goods or services provided.

42 usc 2761 Choice of Medical Treatment civil moo

(2.) XIII 13th US Constitutional Amendment = Because as a citizen incarcerated of mixed bloods Seminole Indian, Involuntary services, VIII 8th, no excessive fines, nor cruel and unusual punishments inflicted as a denizen 15th XV Reverse Racial Discrimination by State Local officers.

25,000.00 : 2005 to 2-17-10 E.P.R.O. RetroActive 42usc§1396r

(3) San Diego to Phoenix C/o S. Williams of 22nd street Golden Hills San Diego.

(4) Stalking Interdepartmentally w/ a Interstate Compact Contract Agreement Missouri, California, Arizona from San Diego to Buckeye Prison Board/care to New commitment Parole Violation] met plaintiff at Hospital on 10-05 to 12-05 for medical donorship of lyposuctions of fat for HIV+ from HIV- inmate to staff Involuntary after an inverted abscess, on Right Leg, In custody, "pre-meditated terms."

(5) As A Bond/care parollee abscounded on audio video custody control not to be subjected to Involuntary medical malpractice as a 1/2 breed Indian cruelly or unusually with Medical benefits.

Injuries: Right Leg partial paralyzation numbness, circulation, 200 lbs weight flexuation since State hospital parole on April 2004.

Scar and P.T.S.D. co-dependence. Contorted Mason Contract Terms.

Issue: (1)

(2) [State to State Dept of Corrections Sexual Assault(s)]

(1) 18 USC § 1201 Federal Kidnapping Act
18 USC § 1203 Hostile Environment Sexual Harassment
28 USC § 1404 (a) Interest of Justice ip
ARS 36-339 (C) (3) Missing Child duty to Report
1 Am Jur. 2d Abduction and Kidnapping § 14 at 185 (1994)

(2) VIII 8th XV 15th XIX 19th cruel and unusual punishments inflicted psuedo diagnostics w/ behavioral science physical and emotional contact w/ defendants because of racial, ethnic, and religious purposes for sexual activities PREA Law S. 1435. Prison Rape Elimination Act of 2003.

(3) Injuries: Sexual Conduct Non Consensual self, family. State Local officer: Organization: "Mason Lodge" of Officers 18 USC § 18. 28 USC § 510 performance of duty by officer(s) of department ø 659 § now 8192. Aimees Law Extradition of defendant if arrested in another state Megans Law Sexual offender Registration Does 1 to N Numerous Defendants Fed Civil R. Proc 5 (i) c/o Gutierrez, Cllier, Smith, Henderson, Q. Suzio, Wood, R. Gaston, R. Allen JJ Walker, Ann T Jimenez T. Hall, Cindy Mrs Sturr Wagner Henderson c/m Sean Izgrigg FSP etc.

(4) Missouri to California the defendants have had non-consensual sex and abused brother of plaintiff interpleader, child of plaintiff and Mother of plaintiff, using perfumed spray chloroformula, and swimsuit Sadistic / Masochistically 1988 to 1997 to 2002 to 2004 + EPRD 2-17-10. Audio Video Supervision DOJ security surveillance equipment as tool(s).

(5) Not to be stalked for rape by authority in Mason Lodge(s) as a Parollee in public or private domain or family exposed to liabilities

Issues (2)

[illegible] v. Universal pictures 45 F.2d 119 2d Cir 1930) **
Younger v. Harris 401 US 37 91 Sct 796 1971) *

(3) [Home Invasions by Female Clos] "Paisley chain" or "Daisy Chain" Protestant - Judaic orientated Church-Mason %s purchases or promises by small group at Dept. of Corrections personnel for Church & State to upprice of Items taken out of House and/in/or Medical Living Will conditions of Plaintiff(s) Mother Interpleader Fed civil R. Proc. 22. liabilities exposure(s) to sell for quick profit leaving buyers or Constituents w/ overpriced # (damages compensatory owed to plaintiff treble enhanced). Criminal Infringement 17 USCA § 506 18 USCA § 2312 18 USCA § 2320 Copyright(s) 17 USCA §§ 106, 602. "Madame Butterfly" Los Angeles: Viola Yamamoto. Jaffe Inc. "Karo Kalin" OJ eye Witness 1982 to 1996 - + Playboy. "Keith Urban" w/ K.S. Countryman P.C. esq. song lyrics Jaffe Inc. @ (eg) * Paula Fridenmaker Calif (2) (eg) Parole Agent(s) (eg) Overtamillier

Constitutional Right 4th Amendment: the right for a California Parollee to be safe in Home, papers, effects, property w/out Dept of Corrections using property for private financial gain w/out (5th) Amendment due process for just compensation private for public: Converted Contract: w/ Calif Dept. of Corrections

Does: Flo Falls (Henderson) (Graves). Linda (Fairfield) Elzy (Chevalier) Parole Agent Ms. Maureen Pelton: Cindy Hall, Ms Calif Dz Dept of Corr. Personnel.

As Parole Agent(s) for SD Region IV to Santa Barbara acted as liason Agents of tragic Medical Malpractice Sexual assault to promise that Plaintiff would receive opportunity for (1) Return of property Dolly Parton Freddy Hart Mother Father photographs 1959. and opportunity (2) to be reimbursed with Legal reprieve: (for prison songs used by Keith Urban, Jaffe Inc.)

This verbal contract with the Dept. of Corrections fails to meet obligatory means and measures, as expressed to Plaintiff.

Injuries: Loss of property, song Lyrics, CMA awards, freedom, & finance. #

(4) [Medical Malepractice Racial, Religious of Plaintiffs Mother.]
42 usc § 2761

Constitutional Right: No Person compelled in a criminal case shall be deprived of Life Liberty ... put in jeopardy of Life or Limb w/out due process for just compensation & V 5th Amendment: I st Amendment Religious Abridgement of Freedom of speech free exercise of: ARS 41-149301(D) Civil code § 2032 Calif code of civil procedure MOO civil parollee exams esp parollee Physical/mental exams of persons- (Eg.) Fed civil R. Proc. 22/ joint -common or secondary right. Lesar class suits 22 Minn LRW 34 (1937)

Defendants as named: pg 3 paragraph D.

In St Louis Mo. to Calif to Az. acting as adverse authority disallowed "Against medical Advice" signature to sign Seminole Indian Mother out of hospital 1989. authorized by son California extradited parollee Interstate Interdepartmental contract - compact agreement (sober and not in treatment for duo-diagnosis drug addiction) employed ... w/ witnesses, for illegal medical malpractice for/to HIV+ Discriminate against prisoner and Mother. (Red Blood cells, Bone Marrow, Plasma.)

Plaintiff was obstructed by chloroform spray and was detained and not extradited to California until 11/23/89 thanksgiving Day on a "Contracted Mason Contract" to meet in Phoenix. Elm Street Lodge Webster Groves Mo. Masons - this denied the choice of opptional therapy and treatment to Houston Tx for Cancer, as was the diagnosis. Illegal Living will.

Injuries: Untimely Death that if allowed choice would have been prolonged, of right of choice, Discrimination, Racially Religiously. Oppression of a Citizen.

Issues (4)

(5) Home Invasion by Phoenix Az Calif CDC CCPOA PGA UNION 1st SSU Parole Agents.

IV 4th Waiver Amendment U.S. Constitution:

The right of People to be secure in their houses, papers, effects, against unreasonable searches, seizures no warrant w/out just probable cause particularly describing the place to be searched and the persons or things to be seized

8* U.S.C.A. I.N.S. §§ 1101-1537, People not yet naturalized -- over Native Americans -- Seminole.

Defendants pg. 3 paragraph E. Espionage Act 18 USCA 793.* Pre-post Flood: On Newport Ave In Webster Groves Mo Capt. Ruiz * expressed that there would be a racial discordant problem w/ people of plaintiff(s) family, and prisoners, pre-flood of New Orleans, La.. Post Flood, ... Capt. Ruiz * met plaintiff at Buckeye State Prison Arizona from Calif (San Diego) after Lock up order 8-6-05 for an Investigation, pre-surgical operation on Leg "Jacobs-Ladder" to abalienate to Pinal County Florence 10-05 to 2-17-10 follow-up medical treatment based on Bible Genesis 32:22. Inverted abcess by syringe assault cell mates mexicans David Jimeniz, Paul Copas, racial, religious motives.

Sgt. Hoyt-Martinez tested residents of the Estate of 1018 Bompart Ave Webster Groves Mo for Affirmative Action: United Way, GEICO, Allstate Insurance of Kern County Kings County California, Calif Dept. of Corr "Conglomerated" K.S. Countryman P.C. esq. Post. Conviction Relief Rule 32 appt. Attorney.

See: Supplement (5). next pg.

Supplement Pg. (5) these Actions for Affirmative Action impinge upon the rights of/as a free citizen or a parollee / probationer (4th Waiver parole Calif) 5th Amendment not to be deprived of private property w/out due process for compensation: As Contestant of a will + Inheritance, Rights of residency as a citizen 1/2 breed Indian and Dutch, Irish, Polish, French, 42 cjs Indians, mixed blood "cajun" A treatise on the Law of wills § 7 at 11 1900; West 1983 U.S. Const. Art. 1. § 7.3 to American Law. 165. 66.) to not be denied family, property, effects, job, child custody, for Illegal Aliens to use school connected to property and/or Insurance Business Conglomerate "Labyrinth" 1018 Bompart Ave & mason street Webster Groves Mo. 63119.) For Incarceration with a Mexican gang member charges of Aggravated Assault ARS 13-1204 F3 over issues justifiable property: child custody: Mother = Insurance D.E.L auto Pierce & Grand Ave. Phoenix Az. Defense of: third Party. ARS 13-403 # ARS 13-406. # ARS 13-404. # GEICO #, All-state # AAA # Prudential # K.S. Cunningham p.c. esq. "conflict of Interest." A.W.O.L Absconded Parollee in pursuit of justice San Diego to Phoenix w/ cc. Keyhoe, Christine Calif-State Legislature. Calif Med. Assoc. (cc)

Injuries: Loss of Parental Rights, child custody, property, effects. Brief case, songs value $ 7700.00 c/w Lyrics ♫ On 10-7-04 to 2-77-10. San Diego City College Application Books, family photographs. Illinois, Mississippi. Aunts. Indians.

[signature] 182007

Issues (5)

(6) [Sexual Molestation of a 7 yr. old child by opponents as adverse parties:] Federal Constitutional Rights Violations: 42 usc § 3798 ... 42 usc § 2050 Child Abuse and neglect of Investigations child Welfare clearly Outright, child care following arrest and detention, police activities. ... "Almees Law", Extradition to California of Arizona Offenders as defendant(s). Ms. Cindy Smith Flagstaff Az Coconino County I-44 Airstream Trailer w/ Daughter, Nurse of child, Ms Amber Collier-Smith. "illegal custody." "Megans Law" sex offender Registration pg 3. paragraph F = Defendants: Calif, Az, Dept. of Corrections 6-99, 10-99 Corcoran SHU IV A. # C.M.A. (C.C.) Kings County Calif. to San Diego to Phoenix. —— Missouri Dept. of Corr. ("Larry Tate, Viola Yamamaro" ~~&~~, Omsbudsman) ... Retro-actively 1990 to 1997 in San Diego under Suzanne Summers Supervision w/ Drs Jaffe Inc., (DOB 1990 Alexians Bros-Hosp. St. Louis Mo.) ... Swimsuit of pedaphilia designer: "Kenneth Ole", "Eva" frills on sleeves, snaps on inside hem of sheer material color "Red" see = Exhibits ... R ... "Esaus Web or "Charollettes Web" (changing of plaintiff nude in front of child; Alabama St.: Pools = located at 1223 Grand Ave Phoenix, Mason Lodges, 10-7-04 place of arrest in defense of Third party; Alabama Street San Diego Co., 222 61st Ave Alcojon Co I.D. card Southpoint R Drug Rehab Address of Father/Plaintiff: Teen Challenge Pierson street Baptist Church (Parental Relations) & defendants adjacent to Pierce and Grand 1300 W Pierce. St. Johns Lutheran Church and Howies Pizza - Pool locations. Injuries: Witholding Parental knowledge by c/o: Denied Steamboat Springs Co. Rehabilitation Foster Care 5th Amend. Parental Rights Liberty Interests.

(7) Mayhem Physical Assault on A Minor" "Mechanical-Animals", SKG, Jaffe Inc, Tri-star Paramount Warner Bros. AOL, [Stockholders], as Does: Pages 2 and 3 paragraphs A to F esp. Maurice Siegal, w/ East Side Baptist Church, of Tom Metzger" of; Fallbrook Calif. to Santa Barbara, Ca. Mike Macklingu (Deacon). aka Dietz." [42 usc. § 1068 Sheriff Joe; Arpaio -] Slander libel defamation of character: by all Defendants: Incr: Shark Attack, Hermosa Beach Calif. and named herein: 42 usc § 1600. F.T.C.A. 28 uscA §§ 2671 - 2680. private person federal employees Act sec: 35 Am Jur 2d FTCA § 1 at 296 (1967).

1st U.S. Const. Amend. abridgement of peaceful assembly, respect to a religion, freedom of the press, or speech, Cabula Jews V.S plaintiff as Irish Catholic James Lynn O'Hines of San Diego Irish Society. V(5th) Amend. Not to be subject to same offense twice by slander of Does as defendant to be placed in risky situations w/ others over tattoo on Arm, Black Mosque" West side gang" church attack on Mans Arm in phoenix 2005. (incr: tattoo burning of plaintiff media news released.)

Fact: With Defendant as Sheriff Joe Arpaio and militia church defendant(s). as Union of Protestants: There are 26# A to Z affirmative factual statistical chronological data compiled to prove responsibility.

In Maricopa county jail 10-10-05 Ad seg lock up order as to repatriation from california to post-conviction at ADOC w/ Defendant(s) transfer of California parolee Adseg lock up order 8-6-05 to 10-6-05 to 1-1-06 to 2-17-10 EPRD (Investigative Order) have failed to stop medical scar surgically on right Leg of "Shark" formation w/ numbness, blood circulation impediment, loss of muscle tissue 508. Pre-and post conviction.) The right to choice of medical treatment over reincarceration: as aka Jackson Malloy K86989, of SD parole & CSD MDO civilly from Ao H state Hospital is alternative for abandonment. Injuries: Serious Risks to health physically *200 lb wt loss elevation.

(8) Business Take Over Job push Out Henrys' MKts?

(1) Constitutional Right 5th V Amendment: ------ to not be deprived of Life or Liberty or property, (namely a family job, at Judge Jesus Rodriguez Recommendation by copied correspondence Chula Vista South Bay Courts) verified. c.c.). without due process of law no private property shall be taken without just compensation "private to public" (e.g.) UCC § 1-201 (3) Agreement, Breach of Contract, transfer of property w/out recompensation, harassing bargains offers, and oppression, suppression by defendant. A Treatise on the Law of Contracts Parolee Partnership Program P-3 cert. CDC at COR SHU IV A signed to SDPD % Ms. Cindy Hall for: Does: pg. 3. paragraph F. #) ---. Defendant is an Organization CCPOA / POA union Does 1 to 13 FRCP 5(c). Person to Plaintiff; Ms Wilma Figlosky/ Tagliona Tuttman-Cole on 4000 Blk of Georgia St: 1997 verbally expressed to plaintiff plans to use INS aliens to usurp business of Uncle Robert Dougherty. Employer ---(as in St. Louis Mo. Russell Blvd/Ave to Domino's Pizza on Grand Ave a terrible altercation Asians v. plaintiff chase w/ weapons on foot). Unnaturalized persons, "The Monroe Act" (e.g.) - INS §§ -- 1101-1537.# # Immigrants, not authorized by law --- disabled plaintiff ADA § - 42 USCA 12101 - 12213 blind right eye. visual handicap. --- Prohibition of discrimination private and governmental entities.)

* As a Incarcerated or free citizen plaintiff's right to employment cannot be impinged upon by Defendants for private gains monetarily. The failure to provide rehabilitative measures at 222 6th in San Diego Ca. that ensured job, Independence, restorative justice

Injuries: Loss of Business, child custody, physical wounds in fight 10-7-04. Hospitalization w/aka Marley retro active 42 usc 1396 r 25,000.00 #

(9) [Wire tapping Criminal Oppression and Infringement(s). Copyright Infringement 17 USCA § 106, 602. Criminal "17 USCA § 506, 18 USCA §2319. Audio Video Technicians: ] UCC § 3-407 material alteration of property songs c/w song lyrics written w/ melodious tunes by composer singer song writer aka "Jimmy LeeRay". and other historical psuedonyms of Nashville Tn. history Jimmy Lee © Chandellee's french-cajun pronounciation for plural instead of style. TM LC ]

UCC § 2-A 102 (a) (3) automated transaction(s) ... aural acquisition Criminal Law. 18 USCA § 2510 (4) Constitutional Rights Violation: IV 4th and V 5th the right of the people to be safe and secure in their houses, persons, papers, documents, effects,) private property taken without due process of law for just compensation by public naked authority.

Defendant: (s) FRCP 5 (c) Numerous as Union of Dept. of Corr. Mo. Calif. & Ariz pgs 2 and 3 expressly A to F. Have used computer surveillance in and out of custody to have plaintiff make illegal accession to allow value property to be stolen 1990s to 10-7-2004 to 2-17-10. E.P.R.D. for alleged recompensation's by defendants. Up to date; no compensation has been provided except "promises" sees as: Business opportunities w/ possible hazard or abnormal dangers due to unordinary circumstances, media, fame, (e.g.) (infamous notoriety.) As an incarcerated or free citizen the abridgement of freedom of speech or to keep or copyright poetry, songs, legal trade-marked works not to be denied privacy that infringes for others profit as a Public entity in demands of plaintiff.

The injury: 2002 Grand Old Opry RVSP denied for Keith Urban ©. 1946-1947 to unknown date Karo Kallis © Los Angeles Chicago Business Opportunity. 11-10-07 to 2-17-10 E.P.R.D Loss of property for private $.

Issue 9

(10) [Illegal Hospice Services:] 5th (V) Amendment Not to be placed In jeopardy of Life or Limb; "public danger". FR Civil P. 22 Interpleader for plaintiffs mother at 1018 Bompart Ave & Mason street Webster Groves Mo. 1st Amend. U.S. Const. Abridgement of freedom of Religion, to go to Houston Tx w/ son-plaintiff 1989 Interstate Compact Agreement Contract w/ Region IV Santa Barbara, San Diego Parole C.S.P. 42 usc § 2761 Choice of Medical treatment: Retro-Active = Jewish Hospital Clayton/Big Bend Rd.

Defendant as Plaintiff (s) on pg 1. and pg (s) 2 paragraph B. pg. 3 paragraph D. Denied plaintiff in transition the right to (Against Medical Advice, "AMA") sign his Seminole full blooded Mother Mrs. Linda Sue Pierson out of hospital for optional treatment w/ consequences indicative of 10-7-04 at Banner Medical Group Phx Az 10-05 Hospitalized plaintiff and from 1-06 to 2-17-10 EPRD a choice of medical options Medical-Card exp. date 2009. A State I.D. card 2009 Competent = Visually handicapped citizen. (Insurance Law and Practice § 8674 John Jean Appleman. HMO Health Law ucc § 9-104 (c). Interest in a trust or claim ...) favored beneficiary is plaintiff as contestant of Living will with defendant (esp. Kenneth S. Countryman P.C esq. ...), A treatise on the law of wills § 7 at 11 1900 (2nd), West 1983 U.S. Const. Art 1. § 7.3 Guide to American Law. 165-66.)#

Plaintiff of catholicism in transition w/ defendant: of all stated herein, is not to be denied choice of medical treatment due to race 1/2 breed Indian, religion: La Cienga madre catholic of Florida, gender male preference straight because of parollee status. by Defendant for ulterior motive as advertised by Church/State Union c/o Tom Metzger = Hospice provided illegitimate medical, spiritual care in transition Sept. 89 to Jan 90. for Plaintiff w/ med-cal-med-caid card benefits. Injuries: Retro-Active 10-7-04 Defense of third Party 2-17-10.

Issue 10

(n) [State to State False Incarcerations - Hospitalizations:]

[Constitutional Right: 14th XIV. ... nor shall any State deprive any person of life liberty or property without due process of Law, nor deny to any person within-in its jurisdiction the equal protection of the Laws 6 VI the accused shall enjoy quick and speedy trial, impartial jury, compulsory defense for obtaining witnesses in his favor and to have assistance of counsel. Rule 21. Transfer. offense in more than one district: Change of Venue Motion by defendant as plaintiff # ... Con Rep Parollee U.S. Dept. of Health Human services Federal for declarant w/ aka Malloy, Jackson for Parole violation in/of California Civil M.O.O. Competent in Arizona Rule 11 (State)... 28 USC § 1332 (a). injuries 42 USC 1396 a # 500.00 a day. 25,000 x = 300,000.00 exceeds $75,000.00

Defendant: as named "Union" of Peace officer Assoc. CCPOA. for Missouri, California, Arizona has denied a fair and Impartial trial by Judge and Jury and public assistant advisory counsel Los Angeles Agreement; Comprehensible: Hines v. Bertus. No. CV 05-7939-CAS MAN. 11/28/05. State denied oral motion for change of venue 3/30/05. for controlling case.

The failure to allow substantially equal jury selection for racial, ethnic balance denied. (14th Amend. Equal protection; Police Dept v. Mosley 408 US 92 95 92 Sct. 2286 2290 (1972)# complete diversity for the principle of jurisprudence denied: 28 USCA § 1359 Strawbridge v. Curtiss 7 US 3 cranch 267 1806. duplicity of cases San diego to phoenix is established by mode of conduct, pretrial discoveries. Selective enforcement as protocol. Extradition Clause U.S. Const. art. IV § 2.1.2. 18 USCA 1001 failed conditions of parole by Defendant = Injury 10-7-04 to 2-17-0, P.T.s

(A) Other Law Suits dismissed as: frivolous, malicious, or failing to state a claim 1 to 7 (e.g). PLRA: Prison Litigation Reform Act: PREA. Law. § 1435. Prison Rape Elimination Act of 2003. Hines v. City of San Diego Police Dept. civ-00-00-969 K(LAB) Malley v Kowolski = civ-00-1186 w(LAB) Hines v. Hisson civ 001177 Malley v. Corcoran Prison, civ 00 5660, vs Jatte Inc. Galaza, Ocddu, Ws.Church.

(B) Physical Injuries: Imminent Danger. 42 usc § 1997(e)(2), (e)(e). for: (28 usc § 1915(g)). 10-7-04 parollee arrested for FOJ. Warrant as civil moo parollee of State hospital at Maricopa County hospital Good Samaritan of Banner Medical Group, w/ swollen Arm, stapled cranium or skull 10-2005 in custody Burn on tattoo surgical operation, abcess on leg surgical operated: 5-15-97 RJD USO.

(C) to 2004 April surgical operation as parollee from East County Southpoint Rehab of State Hospital to Board & care to Sept 12 to Oct 7 2004 to current date of 11-11-2007 to E.P.R.D of 2-17-10.# In transition State to State after Maricopa County and State of Arizona Investigation Lockup orders: Causation and injuries As § A 4.b.i. Chapt. 10.# Exhaustion. Yes.

(D) Conclusion: The general requirement to seek injunctive relief: 1983 §§ A-3 and A-4. of chapt. 10 failure to protect is established: Plaintiff is seeking injunctive relief against jail prison officials ... sic ... All necessary means & measures have been met, presented to courts for discretionary review forthwith in compliance with the rules for judgement cognizable on behalf of appellant.

(E) Proof of service: Copies for opposing parties have been deposited and mailed in the U.S. postal service to: Missouri J. W. Jay Nixon Sup. Ct. Bldg. 207 W. High Street, Jefferson City Mo. 65101 & California Atty Gen. office Crim Appeals Sect. 202 C St. San Diego Ca. 92101 & Arizona Atty Gen. 1275 West Washington Phoe Az 85009. #

Relief Requested: Plaintiff Request a Federal Transfer to Springfield Missouri to claim property of 1018 Bompart Ave ~~&~~ Mason Street lost to Defendants - Codicil and Contestment to Will, In physical injuries has been made a condition by Mason Scottish Rite see: abandoned son of resident of property. To stop aballenation or disinheritance by defendants.

(2) Preliminary Injunction(s) that allow Medical Reports to be entered as exhibits to show extent of physical injuries in pursuit of justice retro-active compensatory damages by 42 USC 1396 v at $500.00 a day / of $25,000.00 a month to exceed $300,000.00 treble enhancements of 75,000.00 by the statute of: 28 USC 1332 (a).

(3) - that Los Angeles Central District Federal Courts Agreement to Ineffective assistance of counsel be a consolidated agreement in Missouri, Arizona, and California by all opposing parties. Hines v Burtos case no CV05-7439-CAS (man). due to Quasi-jurisdiction issues Interstate Compact Agreement for Defendant and Parollee Plaintiff.

(4). that case custody and or transfer in the interest of justice be deemed exigent, due to statutes, rules dependant upon rather than opinion, as courts Mode of conduct to be jurisprudent ... Rule 21 Transfer subdivision (b), CP, 28 USC § 1404 (a) Orginizational Victim Fed crim rule P. 12.4 (a)(1)(b)(1) Fed. Civil Rules of Proc. 7.1 Rule 15, Detained material witness, Because offense did occur in more than one district in transition see: Wrights proposed changes in Federal civil criminal and Appellate procedure(s) 35 FRD 317 329 (1964). retro-active Applicability. And transfer to Federal Indian Reservation.

12/11/07 (Indians) James Lynn Hines (42 cjs § 3) 1/2

South Dakota - Mississippi - Florida ✱ Seminoles.

Supplemental Pages 1 to 5. and 1 to 10. total 15. #.

Constitutional Right 6th Amendment the right to Due Process. the right to be allowed a fair and impartial Venue w/out discrimination due to race religion or gender or/and especially sexually preferenced associates. 15th. 19th Amendments.

Defendant named as Kenneth Countryman PC. denied the Advocate Witness Rule to Plaintiff as over familiarized associate in a pre conceived conspiracy Interstate, Interdepartmentally, with telecomputer in custody to deny equal protection and due process in pursuit of Justice before and after and while now incarcerated that impinges upon access to the courts.

It is the right of the Plaintiff to seek counsel that will not publically slander defame the good character of a prisoner parallee for church and/or state as previously stated in verbal consent terms by telecommunications to defendant in lost of custody to not be oppressed, or placed under subjugation to reincarcerate for automation by behavioral science for conditions of duress. As a Witness to a Homocide - (3). Los Angeles Ca. 1996 to 1997 to current date placed in a Adverse situation that is intended solely to harm the Plaintiff. 8/6/05 to 11/2/07 from 10-7-04 to prior dates of association until projected release date of 2-17-10. #.

Injuries: Denied Post Conviction Relief Rule 32: Loss of monies over $500.00 California to Arizona Loss of reputable standing in communities Due to sexual relationships w/ Xavio Pornography. that Internationally produced slander libel. defamation of character. Adult Films.

pool, telecom, [illegible] knil, Weapon, Blood, evidence, video, vice, narcs, weapon, pos [illegible]
[illegible] network racial, religious violence

Constitutional Right.(s) (5th) (8th) (15th) (19th) in unison: as concurrently or succinctly correctly see: 42 usc § 1979 42 usc § 1972 Rights w/ Prisoners Persons exposure to violence based on gender .. religion .. cruel and unusually for Religion. Deprivation of Constitutional Rights Generally.

Defendant Ms. Jane Sholl of CorRep Agencies of San Diego and Maricopa County. with the computer tool of audio video telecommunique exposed plaintiff to extreme violence and danger in the line of duty as appointed to Peace officer(s) in supervisory position of a civil M.O.D. Parollee by reincarceration 10-7-04 to 2-17-10. # actively.

This action of cyber pressure has injured the plaintiff to (1) have to prove sanity (by Rule 11) to be reincarcerated for the same offense twice "violence". The Right to not be doubly jeopardized for behavioral problems w/ others in situations that are audio video directed or produced by custody staff.

Medical Physical Injuries are established as: Hospitalization on 10-7-04 and 10-05 in Maricopa County of San Diego Parollee and mild depression episodes and on going traumatic Paralization in Right leg w/ loss of body weight 100 lbs. and blood circulatory Problems. Cranium structured circumference misalligned after surgical damages to 2-17-10.

42 usc § 2761 Choice of Medical Treatment

42 usc § 2801 Eyesight Medical care for Prisoners

Blind right eye w/out safety glasses Prescribed is an injury.

§

Constitutional Rights 14th Amendment No shall any State deprive any Person of Life Liberty or Property w/out due Process of Law or deny to any person within its Jurisdiction the equal protection of the Laws. 42 USC § 2377 Deliberate Indifference

Defendant named as Joe Arpaio responsible for phoenix police 10-7-04 to 2-17-10 anticipated parole date, refuses to allow or accept charges to be pressed forthwith for reverse or cross arbitration of Phoenix Probation Dept pre-conviction Reports or pre sentence reports that expose the mal intent of Incarcerated Further as plaintiff not responsible for justifiable self defense of a Third party, and self, retroactively.

It is a certainty of the plaintiff to not be abridged the same rights as others within jurisdiction of the state of Arizona free or bond as a citizen, by deliberate indifference because of Native American heritage, mixed blood, or as a Native American citizen the same rights as all others, with special conditions that would demand State Federal application of procedural implementations, forthwith.

Injuries: weight loss of 100 lbs. discommunication between family in a normal safe healthy environment hospitalizations to cause P.T.S.D. 10-7-04 and 10-05 to 12-05 surgical exposures w/ continued damages up to date 2007 until 2-17-10 # anticipated parole date Inside of Az. State prison. And outside of Az State prison in Maricopa County or in the state of Arizona after the fact of discovery and before the fact of discovery

Constitutional Rights: 4th and 5th Concurrently The Right of the People to be safe in their houses Personal Papers and effects against unreasonable searches and siezures. not to be placed in danger or to be deprived of Life or Liberty or Liberty Interests.

Defendant "Grandmas Cleaning Service" 1223 Grand Ave and at 1300 W Pierce Street Phoenix Az on 10-7-04 and at Arizona State Prison Buckeye to Florence with Computer as State Accomplice Web site ... 1st Property was Stolen and 2nd Violence erupted and 3rd over child custody. Because of female prostitution by Defendant w/ telecomputer access to impede the demain of Plaintiff w/ priors into the State Prison System at Buckeye and now at Florence by defendant under color of authority as audio video techs for Defendant: GCS is MCS carnival owner operater Rick Toenshoba Yamamoto. with Behavioral Science Systems audio - stimuli now enforced, November 2 2007 to release date 2-17-10.#

Injuries: Fathers Rights as a Incarcerated Person of a developmentally disabled female child with Grandmother of Flagstaff Az and Dante illegal custodians employed by state of Az and the defendant St Louis Ms to Phoenix to California (GCS).

Liberty Interests.

§ ARS 36-339 (C)(3) Missing child Responsibility to Report 5th Amend Constitutional Rights = 42 USC § 3798, § 1457 § 1458 § 1459 § 1460 § 1229 § 2000 As a Incarcerated Father not to have child neglected following arrest and detention and for those guilty to be held responsible Generally w/ custody of prisoners child for Investigation + Register as sex offenders that Reporting is Required for any / all statutory violations (And parent / prisoner to be notified.)

[Defendant: as illegal custodian of child named as =, Flagstaff Ariz Dept. of Corrections Agent Ms. Cindy Smith - Grandmother. As a personnel employee of Dept. of Corrections acting as custody of child, or prisoner, as father, w/ prison, denies the legitimate liberty Interests of father of child who wishes to see the role and conduct of child in a legitimate relationship w/ out infringements or false accusations for presumptions, assumptions of Custodian due to automated responses in anger, or such, for prison classification, housing or anything else substandard to that of others due to over familiarity with audio video technical assistance to provoke answers. after child was neglected following arrest and detention by defendant.]

Injuries = 42 USC § 1600 slander libel defamation of character w/ no sex offenses prison classifications are CBC claims that inmate is secure and violate protocol is over influenced by defendant in line of duty w/ prisoner.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

FILED
NOV 2 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ Atty/Pro Se

**I (a) PLAINTIFFS**

**James Lynn O'Hines**

**DEFENDANTS**

**Union of CA et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**James Lynn O'Hines**
**Box 3400**
**Florence, AZ 85232**
**197067**

**ATTORNEYS (IF KNOWN)**

'07CV 2239 JLS NLS

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Eiectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc.
☐ Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 11/21/2007 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R.Mullen